# Violation Notice

| | |
|---|---|
| Violation Number | R 3219776 |
| Officer Name (Print) | STIEFEL |
| State | DE |
| Officer No | S516060 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☒ State Code |
|---|---|
| 11/28/2006  1400 | TITLE 11 SECTION 840 SHOPLIFTING |

**Place of Offense:** WILMINGTON DE MAIN EXCHANGE

**Offense Description:** SHOPLIFTING

## DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| ULMAN | AMANDA | J |

| Driver's License No | D.L. State | Social Security No | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| | MI | | 1.982 |

| Street Address | | | |
|---|---|---|---|
| | | | |

| City | State | Zip Code |
|---|---|---|
| DOVER | DE | 19901 |

Adult ☒  Juvenile ☐    Sex ☐ Male ☒ Female    Hair BRN   Eyes HAZ   Height 5'8"   Weight 135

## VEHICLE DESCRIPTION

| Tag No | State | Year | Make/Model | Color | VIN |
|---|---|---|---|---|---|

**A** ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**B** ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

**PAY THIS AMOUNT →**
$ _____ Forfeiture Amount
+ $25 Processing Fee
$ _____ Total Collateral Due

## YOUR COURT DATE

(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) | Time (hh:mm) |
|---|---|---|
| FEDERAL BUILDING US DISTRICT COURT 844 KING STREET WILMINGTON DE 19801 | | |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** Amanda Ulman

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 28 November, 2006 while exercising my duties as a law enforcement officer in the KENT District of DELAWARE.

You Have! While responding my duties as a security forces member, I was dispatched to the main exchange for a reported shoplifter. After speaking with the store detective and reviewing the video footage which clearly shows Ms. Ulman removing a sticker from one pair of shoes and placing it on another. I had no other choice but to cite Ms. Ulman for shoplifting.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on 11/28/2006  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on _____   US Magistrate Judge

CVR Scan 12/12/2006 11:54:25

[FILED JAN 31 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

REDACTED