## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA :

      **Plaintiff,**          :

          v.         :      VIOLATION NOTICE NO. *R32 19776*

*Amanda J. Ullman*  :                *07-20M*

      **Defendant.**      :

## MOTION AND ORDER TO DISMISS

    **NOW COMES** the United States of America, by its attorney, Colm F. Connolly, United States Attorney for the District of Delaware, and moves for the dismissal of the charges, with prejudice, in the above captioned case for ____*Amanda J. Ullman*____ .

                             COLM F. CONNOLLY
                             United States Attorney

               BY: _____
                             DUSTIN C. LANE, Captain, USAF
                             Special Assistant United States Attorney

DATE: April 25, 2007

**IT IS SO ORDERED** this ___*25*___ day of ___*April*___ 2007.

                           _____
                           HONORABLE MARY PAT THYNGE
                           United States Magistrate Judge

```
F I L E D

APR 2 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```